# UNITED STATE DISTRICT COURT

## FOR THE DISTRICT OF COLUMBIA

1

Case: 1:16-cv-01989     (F-Deck)
Assigned To : Unassigned
Assign. Date : 10/6/2016
Description: Pro Se Gen. Civil

Jean Paul Gamarra
1338 G Street SE
Washington dc 20003

VRS.

Hillary Rodham Clinton

Complaint. Application for Motion to Expart Defendant being qualified for Oath Office

*I.*    ***Fed. R. Crim. P. 8. Rule 8(a)***   The indictment of information of ballistic, credible evidence and congressional record provide the capitol offense of treason Felony and breach of peace all in direct relationship to her duty being responsibility and proprietary evidence show just cause of having no oath or affirmation to the constitution. The Purport Jurisdiction is Article III Pl 107$56 Sec 204 to order Article I SEC 6 Statute of law that on the ground of National Security from the original constitution Institution the act of treason to ratified a new constitution replacing the original constitution neglecting embezzling our innocent believing the amendment process can replace the original constitution with a newly ratified colt constitutional is determined for defendant having no oath or affirmation to have oath of office trust.

Befourth the constitutional last line of defense Article III Constitutional Institution Library Provisional

RECEIVED

AUG 1 5 2016

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

*Fed. R. Crim. P. 8.*                Federal Black Structure Warranting Detective License        2

review has demonstrated enough unqualification to have no oath of office trust to defend national security of the original ratified constitution. The criminal guideline to be arrested and expelled as a privileged senator of trust and be removed from presidential campaign for a fair Election year between a conservative Democrat and Liberal Republican is the history National Security deserve to be order from Article III institution constitutional officer order. (Federal SideBar: The current congress administration voted down the use of PL 107$56 which means the current administration has no jurisdiction to the law giving the Article III Constitutional Officer order full jurisdiction. Your honor, using a law that is official jurisdiction for your law enforcement of national security officer to provide the order. For counter purpose any action against your order of national security is terrorism).

   A.   *Fed. R. Crim. P. 8. Rule 8(a)* The countless misdemeanor of attacking opposing presidential candidate with a social media strikeforce campaign forcing him to be immature and the treasonist felony of intent provide enough credibility of same or similar character of consistent criminology to racketeering, corruption and genocide embezzlement negligence preventing national security. The same act presented with the transaction being connected constituting part of the common scheme planned to replace passed Congress law, Committed further democrat leadership treason controlling congress with a social media sit down filibuster using Goldman Sac owned Apple technology and with the prior black republican presidential neurologist doctor  Ben Carson exposed the defendant to have Demonic Cult connection consistent with replacing the pentagon as she has implied stating to the press on 1st Amendment record. Plaintiff is alleging national security intel to be using colt contract against judgment that activated to insurrection the new colt ratified constitution replacing the original Virginian Empire State Republic Constitution.

                                    (i)    Following the Constitutional Virgin institution infrastructure enforced Constitutional officer order of Case: 1:16-cv-01454 Counter motion rejection is on the ground of deposition Following Constitutional order deny any counter motion and provide a response on the record of all allegation to the jurisdiction of the AG within the criminal institution provisional review order by Congressional District Civil Court criminal Jurisdiction.

*Fed. R. Crim. P. 8.*       Federal Black Structure Warranting Detective License     3

(ii)    Case: 1:16-cv-01454 Constitutional Officer order Shone-Bannok Tribes v. Reno, 56F3d 1476, 14 1480-81 (D.C. Cir. 1995) key 105 Provide the Implication of the evidence befouth the court enough evidence for allegation to have a fair hearing from criminal BluePrint rule 8 fiduciary DOJ Jurisdiction intel on the ground the defendant is unable to provide compliant federal fiduciary responsibility of oath of office.

(iii)    Case: 1:16-cv-01454 Constitutional Officer order The DOD Jurisdiction wightman- Cervanttes v muller, 750 f. Supp 2d 76, 80 (CD.Dc 2010) 5 Noted declaration Judgment Key 5.1 Federal Courts Key 11 on the jurisdiction ground of 28 USCA ss 1361 of contempt to Providing no Answer, to Allegation, tampering with evidence and refusal to provide testimony to the truth.

(iv)    Case: 1:16-cv-01454 Constitutional Officer order without having a DOD commision to the pentagon the incomprensible respond to order Case: 1:16-cv-01454 Constitutional Officer is for the response the plaintiff refuse to create pacer 7 th Amendment oversight to fraud his virgin oath of truth to further mislead the constitution officer from the DOD Jurisdiction responsibly of Title 28 ss 1361.

(v)    On the ground Identity theft against the Oath of Office Responsibility of the defendant was the plaintiff senator the plea of the 4th using his identity is a direct fiduciary breach of peace, Treason use of Oath Office and felony of the 3rd degree where plaintiff daughter is permanently epileptic from identity theft with enduring internet technology. The Ground of the 9th Amendment Constitute illegal Enumertion and

***Fed. R. Crim. P. 8.***        Federal Black Structure Warranting Detective License        4

security and exchange commission from motizing Tooley v
Napolintano 586 F. 3rd 1009 4 noting key 30 (DC Cir 2009)

(2) ***Case: 1:16-cv-01454 [2 Order]*** Civil General Rule 8 Yield to the AG with the
counter seduction of 1 degree misdemeanor visiting Presidential Bill Clinton to
size her law practice up on the ground of [70 Am Jur. 2d Seduction ss b
Sequestration key 16 "Unsexaul secrete service seduction"] obstruction of federal
due process for justice to served and asserting the FBI then where Churned to
further be out of order and rule on behalf of the AG. The criminal law 1st degree
misdemeanor breach of peace is the civil response of the internet being negligent
to be cohorse from the defendant strikeforce mobile hysteria and be criminal for
a response clarity the unlawful practice being demonstrated by a the defendant
being a president candidate and being in contempt of federal justice failing to
provide physical evidence or analytics for logistic briefing creating national
security, making future virgin american stock exchange suppress or meanor being
a misdemeanor for no justice to be served. The following evidence common
scheme are:

(a) Erasing all information from providing information of the intent of
unauthorized op from current DOD to further investigate conspiring
party. Accessory to the fact is deleting the information.

(b) Further credible evidence detail of who were the party involved
negotiating nuclear death threat based on the ground of embezzling
intel selling of intel without having providing credible analytic for
logistic briefing for logistic briefing the DOD to receive law
enforcement ballistic of the people insurgent or insurrection where
profiting from her server are targeting, frauding to profit from intel
extortion or further the nuclear embezzlement.

(c) Finally third credible evidence deposing the circumstantial evidence of
lowering the DOD internet national security criminal treasonist felony
criminal law class 2nd degree action is the finally sit down order to

further give on the record evidence on the ground of contempt aiding and abetting to obstruction federal due process.

(3) The seizure of the mobile exchange was at the civil unsung veteran honored civilian patriot Mckinley unofficial living will trust place of residence reporting to metro police phone call report to find the biohazard nuclear target point. The unofficial mckinley living will trust activated from the metro police phone call report; president Mckinley law enforcement from the State of New York closing her frauded opp when loyal patriot plaintiff called in to the metro police. The entire frauded national security op then failed to report the logistic to the current DOD for the appropriate law enforcement department to receive patriotic intel to receive good faith capital gain respect. Capitol hill intel 2nd Amendment have the full record of reporting the mobile exchange targeted sight defendant was frauding a national security opp to sell intel. The capitol hill police has the intel report from plaintiff as a biohazard report.

(a) Adding to the Record ; add: Umber taxi + Droid airplane with Mobile Location Based service + the (defendant failed OPP has demonstrated having no oath of office trust to provide any intel or conscious virgin authentication of enumeration affirmation)= Flying droid plain locked onto mobile phone IP Address to deliver nuclear flash block explosion this evidence is real breach of peace warranting serious judicial injunction and sanction review.

(b) With a serious consideration of the legal negligence of eric holder failing to report a unlaw decapitation of the EULA ( Sidebar Koren Arbitration Internet highest task force authority the Google Super Server End User License Agreement EULA) and European Union "ie" EU being used to sequester John Kerry for the iraq/iran peace negotiation from the last the last sindikited word deception (Sidebar "SIN" "DI" KIT "ED" is unlawful world government power belonging to the United Nation to prevent from violating PL107$56

*Fed. R. Crim. P. 8.*          Federal Black Structure Warranting Detective License          6

Broadcasting regulation of Syndication from one demographic to another Demographic. This criminal spelling is made up from the plaintiff to provide a target name of a class 3 degree super felony referring directly to the Android Operating system in full violation of the supreme law of seduction. Your honor i am against what must be disclosed franky simply for the greater good for justice to serve a complex reward for national security. The are the name of android operating system "Jelly Beans"= subliminal organ failure attack to the intestine" "Lollipop" and "Ice Scream" ( I scream) suggestion falashio and again i apoligize a blow job from seduction, and now the new attempt to take over the pentagon Nexus android operating system is "Kit Cat" = KICK copycat. Well when the violate surrogate of arm power with sindikited the use thumbnails, fingering addressing, and arm tracking to subliminal attack our country of the super server addressing system. Kick kat "SINdikated" new intellectual property filed to the court is the cloud genocide into the final Operating system delusional "Marsh Mello" of turning genocide into a marshmallow to consume genocide killed spirit manufacture through the super server. Again being a .jpg .jpeg and a son to the father of the intent being the intellectual property of surrogate creator authority of the internet is the Pentagon Yes your honor i yield with full apologize for this reference and help remind the institution that me being a son of the intent the internet surrogate father is the pentagon. Final closing yielding withdrawal apologize for bearing my prostrated honesty of oath.). They gave away billion in extortion to give John Kerry an exorcism and the billion are still unaccounted for the expart. Plaintiff provide serious intel of nuclear trade were passed on from sequestering John Kerry to having conscious recollection. Now to the record of institution when filing against the legal negligence of eric holder where

*Fed. R. Crim. P. 8.*          Federal Black Structure Warranting Detective License          7

the article III institution is in full control of the Legal Negligence the Iraq/Iran peace deal has defaulted by the highest level of Judge reported from their country. 1 repeat the highest level of their judges has reported to default on the iraq/Iran peace negotiations establishing the following institutional historical education Intellectual Property of series report from hanging a person that was implied by the media having embassy visa rights to travel freely. Further Intellectual property of the United Nation Constitutional Association:

(i)     A Accredited foreign government is one that senator order to retain a peace deal on the land.

(a)     A accredited government retaining a peace deal has their own virgin legal authentication embassy.

(ii)    A unicredit government to retain a peace deal must be order by the senate at the United Nation for the government to receive recognition.

B.    *Fed. R. Crim. P. 8. Rule 8(a)*  Further creditable evidence of proving the Defdant has no oath of office and or affirmation for comitting "Treasonist felony" is the attached evidence and quick proquo defintion ~~defintion~~ of evidence: **Congress.gov S.amdt.4330 to S.Con.Res.70**

1.    *Fed. R. Crim. P. 8. Rule 8(a)* Page 1: credible evidence proving Defendant conspired, premeditated by cosponsored a bill to induce identity theft on veteran correction of record to create; Ballistic Embezzling Entitlement Fraud Genocide:

a)    Plaintiff suffers from extreme habeas corpus writs of sleep deprivation inducing dementia that plaintiff holds his composure the best he can leading to "SinDikit" habeas corpus writs manchurian control.

b)    Veteran having PST in texas were induced and activated to kill white police officer.

*Fed. R. Crim. P. 8.*          Federal Black Structure Warranting Detective License          8

     c) Veteran during the affordable care act rollout died in their sleep From genocide

     accounting affordable care act exchange morbid profit *Treason against the Freedom to Communicate across the Internet.*

2. *Fed. R. Crim. P. 8. Rule 8(a)* Page 2 Purpose page proving the following credible

  evidence of mobilizing a militia with genocide reward taking advantage of pst against

  veteran is being Treason, felony and breach of peace:

     a) The evidence of this congressional record proves to profit from veteran pst to *Veteran become*

      correct their record and ~~be~~ identified using the internet. *Targe Hing $ comission Veteran to become Home Grown Terrist being a Old American Problem*

     b) If you believe the fraud intention of being in favor of this purpose called *of Manipulyteng*

      innocent negligence embezzlement of saying or writing one thing and meaning *Vetern*

      something else, the accessory to the fact from the defendant of the *to activate*

      embezzlement of the truth is the next page. *us Home Grown Terrigoste*

3. *Fed. R. Crim. P. 8. Rule 8(a)* Page 3 The very first frauded regulatory SEC without

  ethical numerical value on the record clearly show the following entitlement

  embezzlement:

     (1) A treasonist "Deficit Neutral" reserve fund for medical fraud for

      criminal to show they are demonstrating entitlement fraud loyalty.

       (a) Upon prosecuting of this ruled frivolous the Medicaid fraud

        was given to the Current Attorney General to close the largest

        medicaid medicare to cover up any defendant association

        preventing being discredit. Your honor i Apologize for the

        reference embezzling the innocence Negligence of the AG is

        defined by the Circumstance of event. The fact is that the

        constitutional order preventing any counter against

        investigation for "AG" jurisdiction is no sexaul "seduction"

        American Jurisprudence Seduction 15$ Sequestration KEY

*Page 2 Refer to Attached Evidence*

*Page 2 Refer to Attached Evidence*

*"Side Bar the AG was No sexaul Seduce to Loose Law Practice Jurisdiction"*

16

*Fed. R. Crim. P. 8.*          Federal Black Structure Warranting Detective License          9

(b)   The next logistic briefing report for ag review is the application motion to receive a expart where no countermotion is allowed by the full extent of the law where the law on contempt will arrest or fine any syndication of contempt impound the estate of the defendant if they commit any other contempt of court on the ground of obstruction of federal justice.

    (i)   The Embezzlement of veteran genocide has the ordacity to steal parental surrogate right from parent to lose the ability for their kids to be taught as the parent see fit. The Threshold is in violation of the 9th amendmendment to invade the bill of rights social security law to use our children for social experimentation for parents to loose the maternal and paternal surrogate authority of their children and create a threshold monetary frauded giving monetary epilepsy, computer depression and sergeant of arm violation on children using the computer and or frauded monetary threshold reserve theft. Suggest with the affidavit the final testimony resting the criminal case prosecution against defendant Against Defendant..

*(Sidebar Hiding Inflation with child ren and Calling it a tax credit is child abuse. Review Attuched Evedence.)*

    (ii)   Your honor the Attorney General having full Jurisdiction of review need to be order to Accept the case and service Justice to disprove we preventing negligence and order district attorney to retain the

*Fed. R. Crim. P. 8.*        Federal Black Structure Warranting Detective License        10

visual evidence in a private detective room with one sided mirror and a video camera interview to retain the evidence i the plaintiff need to decommission to be able to rest at night. This will help because the oath of office responsibility is actually being process instead of delusional fraud that the uncommissioned pentagon is frauding federal enumeration pretending federal issue are being resolved and we believe it and when the issue is forgotten we come to find out later it was never resolved only negligent embezzled.

(Side bar this is breach of peace definition from civil america that we without being terrorist are Breaching for justice to be served on behalf of our country. Yes your honor we are being civil and are trying to stay civil). Your honor following due process is a simple

*Please understand I write morally and*

as baseball, ~~and be~~ assigned court appointed lawyer and actual detective licence law enforcer to retain the necessary commissioned information for official record to be process. Delusional oversight is the frivolous contempt on the ground of unlawful enumeration of the 9th Amendment to mislead federal justice on my behalf yielding responsibility from the court.

*(Side bar I write moraly In the Future)*

Silobar Negligautly Embezzeled by the Bar Burden of Inflation with Tax credit onto the Children being child abuse. Review the Evedence Hillary Cosponsor hilling inflation on children using the Pluntiff as Identy theft to create Article 108 PS1666 degredation

In this Case making Bluck People Look like dumb demonic degredation Legislature Embezzlment.

C. *Fed. R. Crim. P. 8. Rule 8(a)* This is more evidence proving a colt ratified constitution of foreign takeover of ~~Replacing~~ pentagon, the institution of Washington DC and controlling the national

*Fed. R. Crim. P. 8.*        Federal Black Structure Warranting Detective License        11

*with [the] official Constitution and the Treaust* ~~Best be fired~~ *Ratisied 2nd Constieton is try to Replace washington DC*

security god approved [into] a new state to replace the constitution and the name of washington

DC:

1. ***Fed. R. Crim. P. 8. Rule 8(a)*** The evidence of this record clearly state the current

   administration and the defendant both are conspiring by endorsing a negligence oath of

   office for a national security to turn the state of the union capital into a United Nation

   geo universal world state take over from emigrant Alien of unamerican born. Aside from

   defendant trying to take over our country, Your honor and ag review this is serious first

   virgin american point of you that i am bring my authority to prevent losing the country

   that gave me freedom. The current Administration has no loyalty to this country because

   he [was] born in another country. The defendant pentagon enforcer being the current

   administration, being zero generation is a serious issue where the original constitution

   was approved by god and the current colt ratified constitution to replace the pentagon

   and constitution was never approved by god. God sent me here to prevent treason to be

   transferred to the next administration. The current administration will take over the

   *Her seauctive desire may*

   pentagon. For [the] defendant for ~~the simple virgin~~ interpretation that ~~the~~ then can enforce

   *official Is the President Practicing over*

   *Sight in Columbia* his First ~~today's~~ by Endowing their definition of Endowing Secrete

   any thing the prosecutrix desire. Evidently ~~officer record~~ ~~his world peace~~ bill of secret

   service stiffing a prostitute exercising his oversight ~~practice practice of law degree~~

   *Control of having Secrete Service Grab money From Their*

   failed [to] manchurian [wallet] payment to colombian presidential 1st 100 days customary

   *Defendant prosecutrix*

   practice in columbia. The ~~prostrix the~~ will have her wirtz sergeant of arms for the

   *Pentagon upon No Judicial Intervention.*

   ~~defendant vice president.~~ Now because plaintiff is first virgin american generation,

   Virgin Supremacy raised and Virgin Supremacist and also Virginian Standardized

   scholastic educated being the final constitution accredited school institution of the last

   education to help our country prevent transferring treason to the next administration

   (also adding being from the Roosevelt educational jurisdiction "Mineola black horse

   country" Congressmen Mccarthy and congressmen Israel who know plaintiff") [Is] [The]

   first line of defense for all the emigrant issue the defendant is frauding. The implication

*(SideBar Your Honer my Virgin testomony is being saduced from bein possess desining Spirtual Rape.)*

*Is Plaintiff is a 1st Generation Legyl Emigrant Represent Many Emigrant acgoss our country From bring Univision Posses controling our Relgivus beliefs.*

*Fed. R. Crim. P. 8.*        Federal Black Structure Warranting Detective License        12

*Sile Bar (consitunt criminology ropants*
*This (consitunt is credirabie*
*Republican is done on to*
*Evedence Killing*
*Plantiff Killing*
*of people very important*

is that the freedom plaintiff has been given and has been taught is being payed back to the last line of defense of the constitution. The Constitution Institution of Washington DC. I am yielding submitting this authority for justice to be serve. This is to help bring conscience to provide an on going serious national security review threat potential. We have been detecting this from my unofficial living will trust in new york now owned by my xwife full out right from roughly when the current administration cesaring for say the republican back of a Ohio Senator (needing Redking) from behind the republican senator in france to take over after 911 to be the senator of ohio to provide a loyalty against mastermind of 911 left to recover. The mere accessory to fact is the defendant is providing contempt of embezzlement negligence and provide no credible intel in favor of national security.

a)   The temporary request is to order an officer of the law to decommission national security intel with doubting, without questioning my psychology, without countering to provide advocacy of national security. By privately admitting to a detective what we are being forced to cover up from seduction or being misled to create a habeas corpus writs never approved by a constitutional officer.   Then we are being mislead into unlawful practice to embezzling innocent negligence and being extorted from delivering justice.

*Bullet III of this Criminal Black Federal disclovre*
*1 NYState Govenar Father to have Genocide Legal Control of the Republican Cesaring Techique ownership of Legalzoom.com*
*Sile Bar Intro to 2; # After God commuel that the Homicide Sin was coming from the Scorp original Request for Leave Case num:*
*The Plantiff closed the Scorp by NYS corporte Code and they then Cesar attacked The Plantiff and Suprem Court Sustice of Peace was 2. Yeilding all due Respect of provable Criminal Homicide I the Plantiff Request for a Law officer to sit down and give a organized testiomony.*

(i)   Your honor and Ag review i am being seriously sincere and bring to conscience that i am 40 years old. I am going back to work and aside from my four children and xwife being my alimony and child support priority all i fundamentally want is to pay taxes and return to work for the next 15 years and have ten children. The implication of being habeas corpus writs to monetize the defendant's negligence

*Fed. R. Crim. P. 8.*        Federal Black Structure Warranting Detective License        13

of identity theft is intolerable. The case further will be presented with a civil federal rule 8, and the criminal prosecution will be reseted with a afidavidavid finish at the end.

D. ***Fed. R. Crim. P. 8. Rule 8(a)*** The last logistic rule alph briefing is to provide the serious concern of our nation that has been isolated within the provisional review of article III institution and their has been national progress of people across our country that by rule of negligence are unable to report logistic. The issue that has been official federal ruled and the Criminal negligence of the term skirting is now on official record of attacking the people personal space. Another criminal Security and Exchange Commission term of the criminal act of Skirting is called a "Naked Short". Basically both term are to seduce monetary value using the personal space to be aggregated assaulted. This is the bases to be considered genocide frauded currency where they have no monetary respect for the value of money and all they want is the ability to subliminally control people with electric currency (SideBar: Your Honor the virgin standardized scholastic education ~~taught to a~~ *Teach* kindergartener called a "Homophones" is the exact neutral criminology of seduction. The word currency is Electrical "current" ie "cy" location base service lobotomy credit control of what people hear frauding credit and has nothing to do with monetary currency. Evidence is Square credit card processor using audio 3.5 jacks on a mobile device designed from frying my left ear with motorola frauded tablet. This consistent with world genocide development cloud industry of the criminology of all credit card vendor file with IRS 1099k creating api white cloud genocide. You're on the record of genocide treasonist felony to attempt to use this system and bring it back into the white stealing the white of the capitol hill marble is the injunction need to be prevented from being transferred to the next administration. On the ground of social security genocide embezzling death the 1099k injunction must be order for all credit card vendor to seized filing 1099K and filing under the proper vendor render service for the IRS to have the national security census report our country need). The final disclosure of this intellectual property

*[handwritten left margin, rotated:]* Side Bar Your Honor if you order the Criminal Burden of truth to criminal migration then Federal Criminal migration will migrate to the federal criminal rule.

*[handwritten left margin:]* Your Honor with all due Respect; the original Jurisdiction of Federal ID state to state Issue. Being we are from NY Even tho I am Establishing Residence Here with DC; the Criminal Crime Is state wide and contained

*[handwritten bottom:]* Because I am Here. If I go Back to my Children then the subliminal Homicide clearly is From Giant Super Server out of our Country.

*[handwritten interlinear:]* Has O (Side Bar the Capitol Hill marble changing from the color white to other color color white)

*[handwritten right margin:]* Side Bar the Vendor Service Filing to IRS will then Provide Social Security Law Bill of Rights Secure Security Fire.)

Case 1:16-cv-01989-UNA   Document 1   Filed 10/06/16   Page 14 of 33

*Fed. R. Crim. P. 8.*      Federal Black Structure Warranting Detective License      14

the plaintiff is implying with analogy and interpretation is that the invasion of a pearson privacy dates back to the second campaign of the current election where the defendant conspired with pl 111 hr 83 and also wrote her own "op" from country Bolivia into our national security election year of our country and violated church and state by baptizing the country for the current administration with youtube to regulated how people think. The successful ATF from the alcohol tobacco department using the water bucket challenge for leukemia was the illegal baptizing of the election providing insider espionage skirting, or naked short that the booking MCkenny law key code is key BROKK$21 for creating appelt fraud with youtube with the last Election.

1. The closing point is this evidence of illegally currency is neglected from expelling her from the race when the federal election commission has clearly defined to be illegal and unlawful skirting is mckenny law key brokk$21 (side bar $ = double S law symbol) because the defendant has a colt ratified constitution contract of premediated (sidebar premediated has a secondary meaning i use a lot, when mediate some pre meaning intent using a mediated system of pre planning without conspiring) and controlling the FEC board dating back to last election. The plaintiff has this intel first hand because when the defendant restore order from such unlawful contracting with performing his own ex parte. The defendant as this previous weekend receive natural prosperity and fraud rating that rating has increased. This your honor and ag review is not first time the defendant has stole my prosperity and campaigned stealing my view providing identity theft. The intellectual property enforcement i authorize is for the defendant to on the record without frauded oversight to fraud the 9th Amendmendment and give the court a full debriefing of Operation Cynthia based out of Country Bolivia, as well as the Benghazi criminal cover up that the president of this country gave terrorist direct order to invade nyc and neut grinch chief of police cia operative killed the entire transport creating the benghazi terrorist attack. Furthermore who is responsible for standing down the initiative to save a honorable man that had the necessary tactical team to evacuate or

defend the benghazi embassy. Furthermore these issue also warrant a response within a secure function being arrest and question on account of who where the people the defendant was creating a mobile exchange after lowering the DOD defense to negotiate nuclear warfare. The relevant argument of criminal prosecution is that is she when out her way on her own account to create national security logistic, then where are the logistic and who are they she was selling nuclear intel to? The prosecuting will affidavit close at the end.

E. ***Fed. R. Crim. P. 8. Rule 8 (b)*** The indictment from this information may charge multiple charge adding the arrest if their alleged participation have premeditated, Accomplished and neglected to the transaction series of act constituting the offense. The defendant may charge in one or more count together or separately and all further defendant added to the charge will be filled directly with the clerk department oath of office guarantee the constitution institutional due process.

    1.   The following criminal advocating evidence has no circumstantial credibility and is added to the record providing a threshold reduction social security attack on children from Evidence ~~E Fed R Crim P.8. Rule 8(b)~~ losing their maternal and paternal virgin supremacy surrogacy to fraud bankruptcy with genocide trying to fraud inflation embezzling prosperity to foreign country. The course of the events is the exact Colt system ratifying a secondary constitution to replace the original, the pentagon and united nation from the white house.

*[handwritten margin note: NUM. B3 Fed. R. Crim. P.8. Rule 8(a) Page 3]*

        a)   With a secure broadcasting regulatory commision historically created the only surplus budget in history defending the national security to associate correctly after 911 being PI 107$56. Our breach was the following (SideBar 911 was the fault of the people who were innocently negligent knowing it was going to happen in new york city and said nothing about it. plaintiff mother had a boyfriend who worked having a store on ground ZERO moved his store to be safe and then return to ground ZERO) On the Ground of Treasonist Felony the defendant attempt to use this colt network set up in washington dc to control rating and then bring treason into the white house is Arrestable for intent to bring treason into the white as a president. The black dictionary dictates that arrest for intent of treason

*Fed. R. Crim. P. 8.*          Federal Black Structure Warranting Detective License          16

before treason is commited is order. The following are the colt electrical current ie cy

"currency": *Evedence. Being Criminal Plantiff to the best of his composure is preventing being Frivolous because He is*

(1)  The direct tv and the history channel answering the premeditated lean of

smithsonian suntrust take over washington dc. They used the satellite hughes *Attacking National Archieve very Moral.*

box set directv service with history channel to invade our country with ~~history are~~

*The Evedence of Art* ~~are Based~~ thieves based ~~out~~ of the Congressional Law Liabry room 35G, *The evedence* evidence of

stealing from the national archieve selling it to world international art thieves. ~~and~~ *the*

*From* ~~the~~ donation to the congressional archieve to patten and create taxable income for *They clearly imply to be People that they are*

the constitution informed that the art thieves "will not routinely notify donors of

the disposition of gift". Evidence *E Fed. R. Crim. P. 8. Rule 8 (b)(1)(a)*

*Creating Electrical Lobo m by Pacer Heart Attack*

(2)  In the same room they used the child threshold invasion into a child heart to kill *a*

*Child* *night* ~~him~~ night after giving an enlarge heart condition being the plaintiff now 15 year *The*

old son. *Thank god He Grew out of it.* *Him*

(3)  The exact same room is where the father of google earth has intellectual property

to prove he finished a failed depository win updating system that violated anti *and user*

monopoly trust recalls at the cost of developer ~~and user finishing bill gates un~~ *is*

~~finished product~~. Evidently begin the riches man in the universe /serious

consideration of restitution on class action law suit is for a different case filing to

give insider the opportunity to sell off and all the treasonist position insider fraud

will be apparently found. (implying microsoft monatary treason owning

microsoft) In that exact same room google earth was created with the father

homeless trying to paternally save it from deploying location base service sunset

dementia is the intent of plaintiff.

(4)  The same breach of national security in that room is where with the madison gold

coin was used with a combination or circumstance to ratified the colt ratified

constitution to replace the original constitution approved by god. They created a

homicidal track society system to manipulate the right side of plaintif after the

republican party using a multy billion Newsmax comission system on plaintiff

right eyeball, they use it to commit manslaughter through the cricket threshold

*Fed. R. Crim. P. 8.*        Federal Black Structure Warranting Detective License      17  Lododant
Elictrical Lododant Curency

network. The same exact location was where ratified the colt constitution while i

used a james madison gold coin to gather evidence of informa proprius order

Creating the

from case number 1:15-01247 (F Desk) ~~of the~~ replacement colt ratified

constitution. This criminal federal reported legal document expose from a

republican         commission         of         his         right        eyeball         evidence

Number → E. Fed. R. Crim. P 8. Rule 8 (b) 1(a)4 provides a unlawful lean to the right left back

dating back to when plaintiff wrote a virgin business plan and the sergeant of arm

Stealing

power was used ~~steal~~ the virgin blessing from the plaintiff left back muscle and

signed into congressional law pl 111 hr 83. The use of hawaiian pearl harbor

homeland security with defcon color system is how they kill people in their sleep

and the same third factor of criminal law is the virgin innocence of a republican

commission eyebol made killed the supreme court justice of peace in in his sleep

frauded to be natural cause. The evidence of burying him in a penny lincoln

coffin is evidence of genocide with a shadow of doubt for argument.

    (i)       This is the exact commandment of god stating that because a

billion has never profited from genocide he does not want a

billion president to declare war because then the mastermind

of 911 then officially turn the american dollar into genocide.

The responsibility of war would be capitol hill congress and

the billion president then can order a general to have full

authority and give the responsibility to the people who are

paid to resolve war genocide and kill in the name of justice.

The reason i add this to the record is because using the

republican commission of the plaintiff right eye, they create

security fraud stealing from wall street out of Porter Fiance

new Jersey when the when plaintiff was in brooklyn porter

veteran shelter and they tactically killed the supreme court

justice of peace at this time. The genocide evidence without

dispute was burying the honorable justice in a penny coffeen

*Fed. R. Crim. P. 8.*     Federal Black Structure Warranting Detective License     18

*[handwritten, left:]* to create a Popular Vote to

*[handwritten, right top:]* that a defendant is trying to Control the Constitution to be Replaced by a New Constitution.

(ii)  Again your honor the mastermind of 911 left all these genocide system of executing sindikated mass hysteria. GOD commanded me to remove the negligence of burden of proof of *[on]* me to stop treason from being transferred to the next government. Then when a billion president gives his virgin executive order for leadership to be broke like the current administration then he will activate the use of the word broke as the death threat attack on our country to use the broke as the activation sequence to attack our national security and fundamentally force our country into mass hysteria racketeering fear. These are GOD exact commandment to be serious and realize the truth to restore Virginian Empire State Order of a republic of senator of multy millionaire for say with a representative monetary democracy that god originally approved.

*[handwritten, left block:]*
Side Bar: Yeilding my Posterity submition of Res Evedent Evidence.

Instead of using Broke Lincensing Series 7 or Realestate Borkerj thy Have a Criminal delusion of Possesion Calling it Broke stealing the Virgin Inovation, Imanitional Blessing to activat Broke Froud with virgin Blessing being the exact Criminology of terronist. Using Sodomy with Virgin exution of women to create terronism Called many different Names.

(iii)  Your honor there is no way i could have figure this all out *without* ~~with~~ god who approved the original constitution.

(5)  Conclusively the application of a counter motion against criminal broadcast of the vice president oath of office on the 4th conner three congressional library must be order to be removed dismantle a full depository logistic briefing detailed disclosure shutting down the vice president oath of office responsibility being broadcasted on the street for negligence embezzlement to the world market and creating a breach of security for 3am invasion of world market into national security in people dream when sleeping. Plaintiff being homeless is the first one to receive the attack of dementia sunset from the the vice president oath of office broadcast of world market on the 4th corner of the congressional library of the american virgin supremacy of the constitution.

*[handwritten, lower left block:]*
Side bar the 4th corner of the congressional national security Law liabry is the National thieves. Treuson to Anti terrisom Ant to they Broadcast the vice power to Virgin Oathof office being the stoul the world market they stoul DC Virgin Supremucy Provided Power. For world market Need of US Virgin Supremacy turned of Sunset Dementia to be Efficantly and a Ful Pentugon depository Report How they Installed it to according to Install the technology your Honor to the Constitution.

*[handwritten, bottom:]*
don't be Racketterred threaten that Freedom Restoration will Go wrong. Thats Just Criminal you Cunst Catch uncl Police must be order to be on Ful Alert to do their Job from Copycut Petty Nusance that they think they Can Control the

*[handwritten, right vertical:]* Great country that Guare VS Freedom and of course will give Freedom.

with a abraham lincoln tribute. This is breach of peace against the mastermind of 911

*Fed. R. Crim. P. 8.*          Federal Black Structure Warranting Detective License          19

*Embezzle* [handwritten]

(6)  On ground of criminal innocent negligence to bezzte *[Embezzle]* our freedom power for their indulgence is treasonry felony of Super delegate to have the delagazy of sexaul *Preference* *[handwritten]* slavery for our demcratic party/ that genuineness *Must be Stop. Plantiff Advocate they Need to Be Protect For Privacy or with out Seduction.* have a serious concern that they *ing [handwritten]* are being mislead and morally 1 being a virgin father of children, and other greater good simplicity am being robbed of a democratic party that should run on moral and ethical accounting of rating, not genocide rating of slavery, sexual slavery frauding none sexaul seduction by rule of having/dominatrix super delegate *o [handwritten]* power that historically superdelegate never was a virgin institution of electoral *Euro market Seduction with "Strikeforce" [handwritten]* *abuse on [handwritten]* moral /multi million are infrastructure for /ethical accounting rating. We virgin *vnethical [handwritten]* *v ʌ [handwritten]* institution historian deserve to have a bias election to national security from two great men.

*Lesbien Hippi She admitt using [handwritten]*

(7)  Motorola being the company having the most virgin law enforcement pattern of the original constitution bought for $600,000.00 TAX frauded to be purchased for $12 billion and then sold for $2 billion. (side bar all this happen inside the lenious learner esponge of premeditated seduction direct order system of the president mckinley Unofficial living trust of the plaintiff children current home)

*Administration against —— [handwritten]*

(a)  The motorola pattern were never configured, programed, or parentally assumed responsibility because the goolge owner who purchased with google rights then sold it to himself with LLC ownership out of the country.

(b)  Google has total fault of Embezzling the Innocent being negligent in fear of a habeas corpus writs "CYA"

(c)  They developed lobody to control what people can here. Evidence of genocide is api bow the brain hears without the ear. Evidence is "square credit card being another evidence of Embezzling innocent negligence to the truth. *with 3 s our Suck credit Fraud [handwritten]* *"Square Credit Card (company? [handwritten]*

(d)  They used Youtube to buffer signal abuse on people sending "SINDIKITED" subliminal abuse through "your tube" to violated the concious awareness

*Side bar. This is how they Froud having Broadcasting money and use the 4th connor vice president virgin oath of office to Froud Television Puting) [handwritten]*

(e) The seed technology current ie cy "currency" abuse using sater light techonolgy using a saterlight splitter that uses 13 volt to 18 volt currency delivery a saterlight signal between the dish to reciever. The intelectaul propoerty being surender to the pentagon from plaintif with approval of the constitutional officer is the us of the verizon virgin service which is not cable service, still use cable service from the demarcation point point just like a embarkation implication which the box that is outside of the house that the second amendment jursdiction of the land can here communication feed like listen to a national security radio. The demarcation box outside of the house uses cable copper wire from the demarcation box to the motoral box and this where the splitter having to electrical path of 13V and 18V seeds creating control between one box to another box to help the spout children and waldisney demographic control the plantiff children mobile device. In esance the experiment on childern to attack them selves being twin. Two set of twin. (Side bar your honor and ag review this how they create a fire marshall ambert allert of social security defense designed for childern to hide when their is a emergency and child using law that it this time i dont know the name, but childern natraully no to go run and hide because the level of criminal forsay is no subliminal game for a child to defend. Well they use that same Ambert fraud to create Fire Marshall to go off to violate Jurisdiction traffic control on the ground of USCA Title 18 SEC 242 to see who defense the atf alert system and when benevolent law enforcer, or benevolent civilian go running to the seeded attack, then they becomed delusional attack predominatly being Habious corpus writz frauded (On the ground of USSC title 18 SEC 242 of a civil obidant breach of peace to expose loyalty to the constitution that gave the plaintiff freedom CASE No.: 2016 CMD009707)

This is Pentagon depository Order To have Federal Investigation also save
Be explain in person to figure out + how
Plantiff Children of officer Now officially
Plantiff Techonology Belonging to the Pentagon to
to Restore the Power
Figure out how
OF Seargant of arm accordiling
to Judicial order

*Fed. R. Crim. P. 8.*      Federal Black Structure Warranting Detective License      21

   b) The combination of the diffrenet factor is exaclt how the breach of security colt ratified the treanist consutiuhtion when the plaintriff had a james madison gold coin at the location of the National Breach location where they created location base service Electric currency pain distritbution for a current controll of the intenet frauding countrfitting monatary value that is un tracebie. On the ground Of Simple "Treasonist Felony" where the act of bring treason to the next administration for the current administration can over powerr with black african slavery the pentagon. This intent alone **from** the black law dictioronary alone defines being arrestable creditable evedence against the defedant before the official treason of the master mind of 911 controling our current adminstration and controling the defendant national security breach colt ratified constitution

     (1) To the record the record the plaintiff daughter suffares permant eplypsy from subliminal abuse proving the folowing

       (a) Eleictrical subliminal counterfeitng fraud of untraceable electical current ie cy "Currency"

       (b) The plantiff requesting a judicial intevention placing an injunctiuon and sanction from bieng habious corpus writz preventing having a women close to share emotion with him. My Daughter being a culture experimant is ATRoius felony that the sentor of NEW York being the defandant of this case must see hand cuff and seek justice with a full trial and not some delusional over sight illeagal 9th Amnednet. *Pleabuigin*

II. Emergency Excutive injunction and sanction agaisnst the criminology writz people creating unlawful skirting is the follwing criminal intervetnion being requested. *To clos e Leng Legal Zoom.com From*

III. The follwing order is: *Habivs Corpus writzing Using us Cesar techinique through the Internet.*

  A. The shutting of the company leagal zoom who writz people from behind and disclaim the are not leagal attorney given just cause approval to shut their intent service down for the follwing creditable evidence:

    1. Creating a writz from behind that the picture evedence is ~~the evidence president~~ *Attached* attached to this filling of a finger nail into the left glutimaxas with a cesar criminol writz can be proven from the utube videos and the picture under the eyeballs of the plantiff request a expart leave.

*The Evodence of the Picture must be better explain with a Forensic dective to Help Prevent bring Frivalus From Criminal Homicide trying to fource me to look like I am un fit for trail. If un fit to be there for trial then in need a sexual Seduction Specuilize Rapeor spirtual Rupe defense*

*For Case # 2016 CMD 009707 and For Request to HandCuff defendant.*

***Fed. R. Crim. P. 8.***        Federal Black Structure Warranting Detective License        22

*[handwritten: Returning to order.]*

a) Closing their intenet writz from behind ceating a habiuos corpus ~~with~~ *[handwritten: without]* having the approval of a constitutional officer. *[handwritten: (Sidebar a Cesar Hubius Corpus writz to Create skirting our country)]*

2. Creating a habious courpus writ from a cesar behind finger nail from california to new york *[handwritten: of Zoowicom was]* criminallogy assinated the owner ~~off~~ Leagal zoo.com ~~being~~ the new your state governor father. Now *[handwritten: Genocide]* the leagal zoom.com is the bases through the intenet creating a habious corpus wriqtz . the follwing evidence is num of *[handwritten: Fed R Crim P8 III A.1.?]* on the ground violating the vice president oath of office chain of command jusridiction of the seargant of arms.

*[handwritten: Google SuperServer Ho]* a) The finger address *[handwritten: Violating the Seargant of Arms. The Two address is one to cesar Hubuis Corpus and twoto shush people or thay Becomed Racketteera Sequetaring Freedom to Communicatal For Credit of approvel of Allow the Approvel of the communication is from.]*

Complaint Summary of charge allegation warranting a fair hearing is on the ground that the defendant was the senator who is a perfect definition of treason having the same criminal common criminology of euro trash copycat Piracy and ~~syndicate~~ *[handwritten: sindikited]* (sidebar fruading pll07$56 broadcasting Syndication) violation the 9 th Amendment to use a frauded system of identity theft. On the constitant ground of the Statute of law enforcement demanding a constitutional order to enforce the law for the defense of national security. With a separate civil federal Blueprint Civil filing to Article III clerk office compliant to ***Fed. R. Civ. P. Rule 8*** for yielding to a submission. The ground of Identity theft against the plaintiff being the jurisdictional ground of The 9th Amendment being the civil filing of "Identity Theft" accordingly to rule 8 to receive a relief from exact definition of 9 the amendmendment identity theft criminal mo. Using the identity of plaintiff, the senator failed to recognize that the plaintiff identity theft is completely related to the constitutional attack of 911. Not only did her delusional identity theft not know the truth being plaintiff Senator who had the responsibility of oath of office to protect the identity of the plaintiff and not use use the identity of the plaintiff as a breach of national security, he also is 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 double i 0 7. The hypocrisy is plaintiff is a virgin and the defendant using immigrant slavery taking advantage of virgin supremacy twin tower, where the plaintiff is a born virgin being auxiliary born where his birth certificate origin. Plaintiff being first generation emigrant is the perfect definition of an emigrant that is helping build this country being a legal Immigrant This county was built on legal emigrant, not on illegal emigrant like the current administration trying to take over the pentagon with the defant taking over the next administration. The unlawful stalker predator premeditated seduction class3° super felony [Federal congressional Supreme Law 70 AM. Jur. 2d Seduction § 15 (sidebar $=law symbol of double s=ss)] that the Hometown Party from long Island dealt with theses sexual criminal crashing the world economy where the virgin wall street economy corrected and the world frauded genocide economy crashed with AIG insurance monetary provide monetary security to prevent genocide to invade virgin united state of american after attacking the virgin pentagon wing on 911 that people have forgotten where in NYC we ***"Never Forget"***. The Virginian Empire State republic won the delusion of sleep deprivation, and NYC through

***Fed. R. Crim. P. 8.***     Federal Black Structure Warranting Detective License        23

the United Nation won this Sleep deprivation delusion and the final Apocalypse delusion was won and officially closed with the

*over throwing the* Federal system is the Apocalypse

monetary security of AIG Insurance paying for the last world crash.   Crimonology and the Supreme

Supreme

Continuance →   Finally the apocalypse is about this defining disclosure of historical intellectual property the ***Federal Congressional Law legal*** DOS

Federal

***definition is Supreme Law "Seduction" 70 Am Jur.2D Seduction S 15.B Sequestration Key 16.***   The compliant definition   DOJ

is

presented here is when wealthy people children are seduce to control the value of money and are posses to control how they are

perceived to look extorting Parent especial wealthy   Evedence num. B3, Fed.R.Crim.P.8. Rule 8(b) Page 3

Hiding

parent, control or racketeering on the ground of Ricco Statue. This is the exact criminal MO of the Apocalypse the Virginian   Inflation

on

Empire state constitution won, New York City won and long Island Suffolk county won where AIG monetary secured history from   children

Recieving

Embezzled the virgin innocent and innocent virgin matured Supremacy, Virgin Supremacist and Virgin Surrogate Oath of office   the

Buden

protecting our country. The Negligent Embezzled of passing this problem to the next generation innocence to be attack and seduced   of the

Recod

with the word "Never" and the word "Virgin" and another word meaning of Virgin is "Christian". This is the Anti-Virgin seduction   History

of

of criminal predator, syndicate, stalker, piracy, and copycat trying to take over where the last criminal assault was handcuffed   child

abuse

defining copycat.   The Copycat Fundamentally Steal Social Security and create a   Internet

delusion that only Bothers and Control Un expected Inocent and unInocent.   Depresion.

The virgin oath of truth is affidavit to be a real serious threat of nuclear attack on our country where when the institution of Article

III is delivering a virgin supremacy infrastructure control from Negligent DOD commission of Eric Holder the truth of a Iraq Peace

Deal has defaulted with billion in exorcism uncounted frorien stimulus spending for an Ex parte from a EU staged beheading

unlawful frauded of a sequester, with serious intel of nuclear bomb were traded around this Veteran john kerry. Now with umber

*Flying Plane*

location base service deployment of plain droid when people think they're ordering car service will have deployed block flash

*Bomb*

nuclear| delivery the defendant was providing contempt of providing any intel from her mobile exchange staged opp selling nuclear

intel technology. Finally the iraq contract defaulted providing a serious national security concern threat. The final affidavit closing

statement is the the Criminal Prosecution resting the case against the defendant. The Black Law Dictionary Define that The Intent Of

Treasonous felony is arrestable before treason is committed. For example the intent to kill someone from behind using cesar

*before killing*

spearheaded criminal signature is humanitarian treasonist felony that a coward like this is arrestable for using those technique to kill Fear

or racketeer people from skirting them from behind. Now i apologize your honor for being clearly explained and my closing

prosecuting rest lays upon the justice to be served where the mere accessory to the fact is that the new Colt Ratified constitution is

treason to replace the original constitution and pentagon that on the ground of treasonous felony for her to be voted into office and

replace the pentagon with current administration and actually committing treason of replacing the original constitution with the new

colt ratified constitution is enough evidence to have her arrested, removed from election and end her prosecutrix identity theft habeas

corpus writs colt contract the ben carson exposed her to associate with at the republican national convention. Yielding this

*Side Bar Breifing the People is simply kidnapt Fraud what system it what being is what the meeit for me to rewrite to my country for a Peace order*

*Fed. R. Crim. P. 8.*          Federal Black Structure Warranting Detective License          24

authoritative submission to the court, the hypocrisy to use the innocent of the democratic party to negligently embezzle world

Treason : The Hypocrsy Poetic Justice is that

democratic power to ratified a new colt constitution is the the democratic power of the democratic party is the original constitution.

Before president lincoln all the democrat power is the constitution and the president administration before president lincoln.

Hypocrisy should be arrestable morably on it own and receive the full extent of punishment according to the law.

*[signature]*

1338 G Street SE      Jean Paul Gamarra
Washington dc 20003

Pre PS 3 page Aclendum to Follow.

On the Ground of Oath of Office violation as
a 1st Lady, Senator, and Quiting Her Job to
Join a Colt Rudified Constitution the Recomended
Privucy From National Exposure to Glorify
6th Amendment due process to place Hundcuff at
minumul For ashcroft Level Breach of National Security,
a Indian Run of officer with 1 Blank Bullet shuting
one at time and Routing from the front of the line
Shutting Blank Bullet then Rotuting and Reloading to
the End of the line by A border Law Enforcer of
Her Jurisdictional choice at the exact same time
She being hand cuff atleast once and administer at
the same time Bullet are being Fired during hand
Cuff General Anistia For the AG = FBI and all law
Enforcor Being Breif to Guther any Spectutive Intel For
National Security on the Jurisdictional Ground of PL 107 356

*Evedence*

*C. Fed R. Crim P. 8 Rule 9(a)*

# Greetings from ... New Columbia?

**Little love for the name D.C. might take if it ever becomes the 51st state**

### THE DISTRICT

How does New Columbia sound? That may be the new name for the District of Columbia if the city wins its bid to become the 51st state, a statehood commission decided on Monday.

Settling on a name was among the most basic constitutional questions settled by Mayor Muriel Bowser, Council Chairman Phil Mendelson, D.C. shadow Sen. Paul Strauss and others on the five-member commission, which also approved a draft state constitution that calls for the creation of a 21-person state legislature.

New Columbia is actually an old name — it was approved by voters in a 1982 referendum that was part of an earlier campaign for statehood.

But the moniker is far from a crowd pleaser. Residents suggested at least 10 alternatives ranging from Potomac to Anacostia to Douglass Commonwealth — an homage to abolitionist Frederick Douglass that would have maintained the District's "D.C." abbreviation.

"We decided to keep what had been part of the statehood legacy since 1982," said Strauss, who says he's not a "super fan" of the New Columbia name. "If the voters of the new state want to change it, that's going to be a great thing they can do as a free state."

Some also wanted the new name disconnected from Christopher Columbus, saying they associate the Italian explorer



THINKSTOCK/EXPRESS ILLUSTRATION

with the decimation of indigenous peoples.

Bowser is leading a renewed push for statehood that has picked up steam this year, including some high-profile endorsements from President Barack Obama and Democratic presidential front-runner Hillary Clinton.

The District's statehood bid also won the backing this week of the U.S. Conference of Mayors

and is included in a draft of the national Democratic Party platform to be debated at the July convention in Philadelphia.

Those who detest "New Columbia" will get an opportunity to lobby for a different name in the fall, when the D.C. Council holds hearings on the draft constitution before bringing it before voters as a ballot question in November. NIRAPPL (THE WASHINGTON POST)



## GET A JUMP ON GOOD HEALTH!

## MAKE YOUR CHILD'S WELLNESS APPOINTMENT T...

All students attending a public, charter, private a schools must before going back to sch... Certificate

### SUMMER CHECKLIST:
- ☑ Annual Physical Exam
- ☑ Dental Exa...
- ☑ Update Vaccinations

*[handwritten annotations across top:]* Corruption Regulating Company of accordance to the Law
Article III / Glossary A Gerrymandering Electoral Redistricting
Compliancy / From New State Supreme Court / of World Broken Bank take
Jurisdictional take over of the (FEC) / over of the House of Senator:

10 WEDNESDAY, JUNE 29, 2016  THE HILL

**news**

# Clinton group took banned money

› SUPER PAC FROM PAGE 1

how a 70-year-old campaign finance law meant to prevent pay-to-play deals between public officials and companies making money from the government is often ignored by those making the donations and those on the receiving end

The two south buttons, one made in July and one in December, came during Clinton's presidential primary battle with Bernie Sanders, who rose to prominence partly because he railed against super-PACs and the wealthy donors who fund them

A review of campaign finance records by The Hill shows that the practice of skirting or openly flouting the contractor ban has become widespread in both congressional and presidential politics

There are multiple reasons why the law is ignored
Some lawyers believe the prohibition on a contractor giving to a super-PAC is unconstitutional. The Supreme Court has never issued a ruling on the specific matter

Perhaps more importantly, donors face little chance of being penalized by a Federal Election Commission (FEC) that is so divided between its Republican and Democratic members it has proved incapable of deciding even the most basic questions, such as whether to investigate complaints

Priorities USA stipulates on its website that donors can't be federal contractors. Yet a spokesman for the super-PAC declined to comment in response to a question about whether the donations from Suffolk would be returned

Clinton's campaign also declined to comment
"The increasing trend of contractors violating the law comes as no surprise," said Craig Holman of Public Citizen, an advocacy group that was involved in a high-profile case regarding the ban

In addition to the donations to Priorities USA, The Hill found 14 federal contractors that had contributed a total of $173,250 to Right to Rise. Two had also given to Conservative Solutions PAC, a group that supported Sen. Marco Rubio's (R-Fla.) bid for president

One contractor, a Florida utility named Gulf Power Co., gave $44,000 to Right to Rise in March 2015. At the time, the company held more than $1 million in contracts with the Department of Defense

The Hill asked Gulf Power whether the company was aware it was in violation of the ban and if it believed there was a conflict of interest in politicians benefiting from donations from federal contractors

Jeff Rogers, a spokesman for the company, responded, "We believe Gulf Power's right to make the contribution in question is constitutionally protected."

Suffolk Construction, which since 2008 has received $169.7 million in federal contracts, according to USASpending.gov, declined multiple requests for comment

John Fish, the company's CEO, has been a prolific donor to both parties over the years, though FEC records show he favors Democrats by a wide margin. He's contributed thousands to President Obama's White House bids and gave $500 to his 2004 Senate campaign

Fish's office did not return a request for comment
The company itself has mainly funneled money to



*[handwritten caption:]* Skirting Appellate Fraud where FEC are classifying...

Priorities USA, a super-PAC supporting Hillary Clinton for president, received $200,000 from Boston-based Suffolk Construction, according to a review of contributions GETTY IMAGES

**The Hill found the practice of skirting or openly flouting the ban on donations from federal contractors has become widespread in both congressional and presidential politics.**

ban. The biggest allows employees and corporate officers of companies with federal contracts to contribute

from Chevron, the entity that made the contribution
The two Chevron entities share a headquarters in San Ramon, Calif

A spokeswoman for Chevron declined to comment for this article

Holman said the extraordinary development is that following the ruling, federal contractors aren't even bothering to take advantage of the loophole, knowing they are unlikely to face any repercussions

"Contractors now may circumvent the law either by creating an artificial division within the company for the purpose of making contributions, or even not bother with such machinations and make direct contributions, and can still feel assured they will not be prosecuted by a deadlocked FEC for violating the law," he told The Hill

The federal contractor ban survived a legal challenge in 2015, when the US Court of Appeals for the District of Columbia upheld the law in a suit against the FEC

Writing for the 11-judge panel, Chief Judge Merrick Garland — now President Obama's nominee to the Supreme Court — wrote that the ban is a necessary defense against corruption

*[handwritten at bottom:]* D Fed R Crim P.G. Rule 8

*Evidence E. Fed. R. Civ. P. 13. Rule 8 31 (a) 1*

*Logistic Evidence Treason "ie" LET 1*

*This Evidence of Proof establish*
*US treasury Reserve Laundering theft*

# LIBRARY OF CONGRESS

**Library of Congress In-Person Donation Form**

## FOR THE DONOR

Thank you for your donation to the Library of Congress. Please fill out the sections below, and
submit the form along with your donation to a Library staff member or volunteer.

**NOTE:** Because of space and collections policy limitations, many donations are <u>not</u> added to the
Library's collections. In such instances, the materials may be used in the Library's international
exchange program or are made available at no cost to other libraries via the Surplus Books Program.
The Library will not routinely notify donors of the disposition of gifts.

*Side Bar Right Here*

---

Description of Donation (title, author, format, etc.):

Title **Global Art theft to**

Author **Churn People to Contribute**

Format ☐ book ☐ film ☐ microform ☐ sound recording ☐ DVD ☐ Other

**to the Congressional state Libary and steal From the Archive and sell It too a Art thieve Hidden LLC Network,**

Donor information

Name

Address

e-Mail Address

Additional Comments:

**"G35 will" be order to move to the United Nutron**

---

## STAFF USE ONLY

Name _____ Location

*(side Bar with your Honor order the Senate to decide*

Are you a Recommending Officer for this subject or geographic area? ☐ Yes ☐ No
If yes, do you recommend that the donation be added to the collections? ☐ Yes ☐ No

---

Additional Comments: **G35 will be**

---

**SEND FORM AND DONATION TO:** LS/ABA/USAN (4270) or deliver to USAN, LM G35.

**→ Patten office Submittion**

USAN 5/13/15

Evedence E. Fed. R. Crim. P. 8. Rule 8 (b)(6) 4

8/9/2016    Case 1:16-cv-01089-UNA Document 4 Filed 10/06/16 Page 28 of 33



Habus
Corpus
Writz
of the
Colt
Ratified
Constitution
that on
Record of
Virgin
Oath
official
Completed
When Plautiff
Return to
Washington
DC affer
Supreme Justice
of Peace was
Burried in a
Penny Coffen.

The Colt was
a Pentugon and
turn it the
ship Shape
Presently Skirted
Under His eye Balls. Hexagon

**Amendment Text: S.Amdt.4330 — 110th Congress (2007-2008)**

There are 2 versions of the amendment    | Amendment as Proposed (03/13/2008) ▾ |    **GO**

**Shown Here:**
Amendment as Proposed (03/13/2008)    ~~2 Page~~

*Side Bar*

This Amendment appears on page S2078 in the following article from the Congressional Record

[Pages S2069-S2119]
From the Congressional Record Online through the Government Publishing Office [www.gpo.gov]

[[Page S2069]]

D B2  *Fed. R. Crim. P. 8. Rule 8(a)*
       D 3      *Page 3*

Senate

CONGRESSIONAL BUDGET FOR THE UNITED STATES GOVERNMENT FOR FISCAL YEAR
2009--Continued

amendment no. 4364

(Purpose: To provide a deficit-neutral reserve fund to provide for a
demonstration project regarding Medicaid coverage of low-income HIV-
infected individuals)

    At the appropriate place, insert the following:

    SEC. __. DEFICIT-NEUTRAL RESERVE FUND FOR DEMONSTRATION
              PROJECT REGARDING MEDICAID COVERAGE OF LOW-
              INCOME HIV-INFECTED INDIVIDUALS.

    The Chairman of the Senate Committee on the Budget may
revise the allocations of a committee or committees,
aggregates, and other appropriate levels in this resolution
for one or more bills, joint resolutions, amendments, motions
or conference reports that provide for a demonstration
project under which a State may apply under section 1115 of
the Social Security Act (42 U.S.C. 1315) to provide medical
assistance under a State Medicaid program to HIV-infected
individuals who are not eligible for medical assistance under
such program under section 1902(a)(10)(A)(i) of the Social
Security Act (42 U.S.C. 1396a(a)(10)(A)(i)), by the amounts
provided in that legislation for those purposes, provided
that such legislation would not increase the deficit over
either the total of the period of fiscal years 2008 through
2013 or the total of the period of fiscal years 2008 through
2018.

*Hiding child abuse with the word Inflation*

                    AMENDMENT NO. 4195

(Purpose: To provide for a deficit-neutral reserve fund for reducing
the income threshold for the refundable child tax credit to $10,000 for
taxable years 2009 and 2010 with no inflation adjustment to ensure that
low-income working families receive the benefit of such credit)

    On page 69, after line 25, add the following:

    SEC. ___. DEFICIT-NEUTRAL RESERVE FUND FOR REDUCING INCOME
              THRESHOLD FOR REFUNDABLE CHILD TAX CREDIT TO
              $10,000 WITH NO INFLATION ADJUSTMENT.

    The Chairman of the Senate Committee on the Budget may
revise the allocations, aggregates, and other levels in this
resolution by the amounts provided by a bill, joint
resolution, amendment, motion, or conference report that
would reduce the income threshold for the refundable child
tax credit under section 24 of the Internal Revenue Code of
1986 to $10,000 for taxable years 2009 and 2010 with no
inflation adjustment, provided that such legislation would
not increase the deficit over either the period of the total






Fed R Crim. P. 8.      III A. 1. 2

Evedence Number.

Your Honor the Reference creuling
the writz on the internet use
to ~~Fri~~ Finger adressing that
is dificult to see.

    1   256 Finge adress
Violating the Seargant of Arm's

    2. the Shushing shu
Finger address Sequestering People I
and Racketeing then If the Report
or comuniate Cesar Humanitarian Treason
from Eric Holder who killed my Grand
Father from a Pentagon Anurism, Resereted and
told Hide this knife Grand Son, their trying
to Back stab You. He then lived and Just
Recently died.

Page 2 (A) A Judicial court order for the Current Owner to Sell the house demanding the prize they want for the House Not to exceed the prize of $1,000,000⁰⁰.

~~##~~ The Order must be clear and express that the Sale is Brokered by the Family Aunt of Plantiff Sister of Plantiff Mother to ~~be order~~ Provide a Fair Negotiation of Real estate Negotion to establish a Fair Market Value. The house when purchase will be Own by a Official Mckinley trust being tooken Care of by Plantiff mother who is a Flawless example of a Emigrant Lawful Benovalunt 14 year escaping Persecution and has been a Emigrant Example that deserve Restitution based on the Priority of National Security to add to the Record Her daught Plantiff Sister Having same defendant Criminal Idenity theft Is Now married to a Homeland Security Sniper. Plantiff being ybigbrother has made clear of the Request For Restitution. (B) another Request is when Article III assume Bosporsibolty Arcticle I Failing to do their Job must be order with a Injuction to prevent accidental Friendly ~~Fr~~ Fire When Article III Constitutional officer Order is Ordered. (C) Page 3

Manuscript Affidavid PS Remindner yeilding
to the Court   1 of 3 Pages

On the Ground Identy theft when having the trust
of Oath of Office, the defendant Demasrated a NX State
Criminal Law definition of a Class 30 Superfelony
of spirtual Identy theft Looking Like Pluntiff
Mother and Aunt Clara specifically being a very
Power ful Democratic women also being married
to Pluntiff God Father and very connected to
Congress women Carylin McArthy with also being
very Conected with a Local municipality
Constitional officer (Side bar a democratic Panty Judge).

The Ground of Identy theft is the 9th Amendment against
abuse of Misappropition on a strong Civil Benevolant
Democratic Family ⬥ Pluntiff is From. (SideBar we are the
Uncle Sam Poster Family of Real Legal Imgrant who Enter
Illeagally and Enter Leaugally and Now every One in our
Family with minor exception are Land Owner and all Family
Orinitated People because of our Grand Father valve of
keeping our family together and Suffered a Pentugon Anurism
of 5 Anurism becuase of Never Comissioning a Pentugon
and the Senator of our State Failed to dofend Her
Oath of Responsibilty. I ask for a Restitution order
For Mom that is Forced to be a Sluve Called a "Surf"
For Very WEAlthy People of of Park Ave NYC and
Request the Restitution of the following: Page 1

Page 3: © The Responsibility of the Senator is
to order all Global, Court, Issue and Negotiation
at the Union. This Meaning Global Contract are
Constitutionally order to be Retained by Virgin
Supremacy Infrastructure at NYC United Nation
for Embessy Virgin Supremacy of Soveren
Country to a Virgin Authentication Compliancy
of the twin tower called Freedom tower.
Expressing this Authority is being Yeilded and submitting
to Article III to make the order of National Security
Creating a In Junction Shut down of the following :
      — Wiki Pedia
      — Legal zoom
      — And Evanglist Froud of CBN to include
         the Jehova website

Know your Honor the National Security Breach is 4 Giant Super
Server Frovding Nutronal Security From server outside
the Country with their Call Sign NS1, NS2, NS3, NS4
google com owned by None Google Insider but
world Google Froud of Insider National Security
Data Development Esponge. After many month I have the
Greatest World Sugestion Your Honor. ® order all Global
Contract and Internet traffic to the Un and then to the
appropriated Internet Surfer with the Call Sign.

UN1, UN2, UN3, UN4 . Google . com
      and order any Bill of Rights violation of HaDiOS Corpus
Writz tracking with out a Constitional officer approval —

Virgin $1,000,000 PL107#56 at a minimal Fined and Punished to the Ful Extent of the Law will Be