UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Jean Paul Gamarra,                         )
                                           )
            Plaintiff,                     )
                                           )        Case: 1:16-cv-01989          (F-Deck)
      v.                                   )        Assigned To : Unassigned
                                           )        Assign. Date : 10/6/2016
Hillary Rodham Clinton,                    )        Description: Pro Se Gen. Civil
                                           )
            Defendant.                     )

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" it determines that subject matter jurisdiction is wanting).

Plaintiff's "Complaint" against United States presidential candidate Hillary Rodham Clinton is captioned "Application for Motion to Expart [sic] Defendant being qualified for Oath Office." Plaintiff begins by stating: "The indictment of information of ballistic, credible evidence and congressional record provide the capitol [sic] offense of treason Felony and breach of peace all in direct relationship to her duty . . . ." Compl. at 1. Plaintiff continues in this incoherent manner for more than twenty pages.

A district court cannot exercise subject matter jurisdiction "when the complaint 'is patently insubstantial, presenting no federal question suitable for decision.'" *Caldwell v. Kagan*, 777 F. Supp. 2d 177, 178 (D.D.C. 2011) (quoting *Tooley v. Napolitano*, 586 F.3d 1006, 1009 (D.C. Cir. 2009)). The instant complaint satisfies that standard. Accordingly, this case will be

1

3

dismissed with prejudice. *See Gamarra v. Clinton*, No. 16-1454 (D.D.C. July 14, 2016) (same).

A separate order accompanies this Memorandum Opinion.

Date: October ___, 2016          United States District Judge